**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00294-CV

————————————

## IN RE E 100 INVESTMENT, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator E 100 Investment, LLC has filed a petition for writ of mandamus challenging the trial court's order granting a temporary injunction.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.7(a), 52.8(a).  We dismiss any pending motions as moot.

---

[1]   The underlying case is *Pamela Gentry Banks, DBA Regal Paradise Banquet Hall v. E 100 Investment, LLC*, cause number 2026-08477, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.